# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ROBERT JOHN CARRIER**                                                     **PETITIONER**

**V.**                       **CIVIL ACTION NO. 3:19-CV-236-HTW-JCG**

**WARDEN F. SHAW**                                                        **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this Court pursuant to the Report and Recommendation of United States Magistrate Judge John C. Gargiulo. Said document was filed on October 3, 2019. [**Docket no. 15**]. Petitioner Robert John Carrier ("Petioner") subsequently filed two letter responses addressed to Magistrate Judge Garguilo on July 19, 2019 [Docket no. 13] and on August 8, 2019 [Docket no. 14]; however, Petitioner failed to include any relevant legal or factual basis to overcome Magistrate Judge Gargiulo's findings of fact and conclusions of law set forth in the Report and Recommendation. This Court, therefore, finds the Report and Recommendation **[Docket no. 15]** is well-taken and hereby **ADOPTS** the same as the order of this Court.

Further, this Court hereby **DISMISSES** this lawsuit with prejudice. The parties are to bear their own costs.

**SO ORDERED AND ADJUDGED this the 18th day of December, 2019.**

                                                    **/s/HENRY T. WINGATE**
                                                    **UNITED STATES DISTRICT COURT JUDGE**